To: Michael Williams, Clerk of the Court

From: James L. Kennedy, Trustee

Case Name: TNB, Inc., dba Buck Petroleum

Case Number: 10-21374-MM7

Date: September 29, 2022



## TRANSMITTAL OF UNCLAIMED FUNDS

## IN CHAPTER 7 CASE

It has been more than ninety days after the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached are checks for any unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| **Name and Address of Entity** | **Check Amount** |
|---|---|
| Cosmo Oil of U.S.A.<br>c/o Thomas Rice, Esq.<br>112 East Pecan St., Suite 1800<br>San Antonio, TX 78205 | $23,531.12 |